IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


GARFIELD DAVIS,

                        Plaintiff,

                                            CIVIL ACTION
            vs.                             No. 06-3234-SAC

STATE OF KANSAS, et al.,

                        Defendants.



<u>ORDER</u>

     A prisoner confined in the Wyandotte County Detention Center in Kansas City, Kansas, presents a pro se civil complaint in which he seeks relief under 42 U.S.C. § 1983.  Plaintiff also seeks leave to proceed in forma pauperis in this action pursuant to 28 U.S.C. § 1915.

     The Prison Litigation Reform Act enacted in April 1996 substantially altered the manner in which indigent prisoners may proceed in the United States District Courts.  Significant to the present case, § 1915 now provides that:

        "In no event shall a prisoner bring a civil action or
        appeal a judgment in a civil action or proceeding under
        this section if the prisoner has, on 3 or more prior
        occasions, while incarcerated or detained in any facility,
        brought an action or appeal in a court of the United
        States that dismissed on the grounds that it is frivolous,
        malicious, or fails to state a claim upon which relief may

be granted, unless the prisoner is under imminent danger
of serious physical injury."

28 U.S.C. § 1915(g) (as amended April 26, 1996).

Court records reflect that plaintiff's litigation history in
federal courts brings him within this statutory provision.[1]  Having
reviewed the documents submitted by plaintiff in the present action,
the court finds nothing to indicate plaintiff is under any "imminent
danger of serious physical injury."  Accordingly, plaintiff may
proceed in this action only if he pays the $350.00 fee required for
filing this civil action.

IT IS, THEREFORE, BY THE COURT ORDERED that plaintiff's motion
for leave to proceed in forma pauperis (Doc. 2) is denied.

IT IS FURTHER ORDERED that plaintiff is granted twenty (20)
days from the date of this Order to submit the $350.00 filing fee.
Failure to pay the full filing fee by that time will result in the
dismissal of this action without prejudice.

**IT IS SO ORDERED.**

DATED:  This 30th day of August 2006 at Topeka, Kansas.


  s/ Sam A. Crow
SAM A. CROW
U.S. Senior District Judge

_____

[1]*See* <u>Davis v. Robinson</u>, Case No. 92-3118-DES(complaint
dismissed as frivolous); <u>Davis v. State of Kansas</u>, Case No. 94-3177-
RDR(complaint dismissed as frivolous); <u>Davis v. U.S. Attorney
General</u>, Case No. 95-3102-DES (complaint dismissed as frivolous and
abusive).